UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIFTH THIRD BANK, N.A., <br><br> Petitioner, <br><br> -against- <br><br> TODD MEYER, in his capacity as sellers' agent for former stockholders of Celtic Leasing Corporation, <br><br> Respondent. | 21-cv-4105 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

On June 9, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 45 days from the date hereof to reopen the case if the settlement is not fully effectuated.

SO ORDERED.

Dated:   New York, NY

        June 14, 2021

_____
JED S. RAKOFF, U.S.D.J.